IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RED TREE INVESTMENTS, LLC, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Nos. 22 Misc. 68 & 22 Misc 69 |
| | : |
| PETRÓLEOS DE VENEZUELA, S.A., and PDVSA PETRÓLEO, S.A. | : |
| | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Julia B. Mosse, formerly of Curtis, Mallet-Prevost, Colt & Mosle LLP, hereby withdraws her appearance as counsel for Defendants' Petroleos de Venezuela, S.A. and PDVSA Petróleo, S.A., in the above-captioned action. Heyman Enerio Gattuso & Hirzel LLP and Curtis, Mallet-Prevost, Colt & Mosle LLP will continue to represent Defendants' Petroleos de Venezuela, S.A. and PDVSA Petróleo, S.A., in the above-captioned matter.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Samuel T. Hirzel, II*
Samuel T. Hirzel, II (# 4415)
Aaron M. Nelson (# 5941)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
shirzel@hegh.law
anelson@hegh.law
*Attorneys for Defendant Petróleos de Venezuela, S.A. and PDVSA Petróleo, S.A.*

Dated: December 1, 2022